# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| **SIDNEY NAIMAN, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**CORLEONE'S PHILLY STEAK, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. CV-25-02108-PHX-ASB |

## AFFIDAVIT OF SERVICE

I, Gerardo Aguilar , state:

I am an Arizona private process server in good standing, MC9069. I am 21 years or older and not a party to this action.

I served the following documents to Corleone's Philly Steak, LLC in Maricopa County, AZ on June 25, 2025 at 3:44 pm at 3033 N Central Ave, ste 810, Phoenix, AZ 85012 by leaving the following documents with Dennis Hall who as Registered Agent at Dennis Hall, Attorney PLLC is authorized by appointment or by law to receive service of process for Corleone's Philly Steak, LLC.

Summons In A Civil Action, Civil Cover Sheet, Class Action Complaint

White Male, est. age 55-64, glasses: N, Gray hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.4840993061,-112.0732911391
Photograph: See Exhibit 1


Total Cost: $220.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>   Maricopa County   </u>, <u>   AZ   </u> on <u>   6/27/2025   </u> . | /s/ *Gerardo Aguilar* <br> _____ <br> Signature <br> Gerardo Aguilar <br> +1 (602) 503-6833 |

Below are my previous attempts at serving Corleone's Philly Steak, LLC:

Date / Time: June 24, 2025 9:44 am
Address: 3033 N Central Ave, ste 810, Phoenix, AZ 85012
Geolocation: https://google.com/maps?q=33.4840993061,-112.0732911391
Description: SUITE 810 AT ADDRESS PROVIDED IS A VACANT SUITE .



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)