1
2
3
4
5

**Dennis L. Hall (013547)**
Dennis L Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
Email: dennis@dlhall.net
Tel: 602.740.5045

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMEN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>    *Defendant.* | Case 2:25-cv-02108-ASB<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br>(FIRST REQUEST)<br><br>Assigned to the Honorable Stephen P. Logan |

Pursuant Local Rule 7.3, the parties to this matter stipulate to a thirty-day extension of time to Answer Plaintiff's Complaint in this matter, allowing Defendant and Plaintiff to pursue an immediate resolution to this case. Defendant must file an Answer, or the parties must inform the Court of a resolution of the matter, on or before August 11, 2025. A copy of the proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 8th day of May, 2022.

By:  /s/ Dennis L. Hall

Dennis L. Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
dennis@dlhall.net
602.740.5045

By:  /s / Anthony I. Paronich

Anthony I. Paronich, *Subject to Pro Hac Vice*
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
anthony@paronichlaw.com
617.738.7080