IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, | No. CV-25-02108-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Corleone's Philly Steak LLC, | |
| Defendant. | |

Before the Court is the parties' Stipulation (Doc. 12), in which they move for an extension of the deadline for Defendant to file an answer. Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 12) is **granted**. Defendant shall have until **August 11, 2025**, to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 11th day of July, 2025.

Honorable Steven P. Logan
United States District Judge