Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>*Defendant*. | Case No. 2:25-cv-02108-SPL<br><br>**AFFIDAVIT OF ANTHONY PARONICH REGARDING SERVICE OF ORDER** |

I, Anthony I. Paronich, make this affidavit to confirm that I have sent a copy of this Court' July 11, 2025 Order (ECF No. 11) to counsel for the Defendant, who has acknowledged receipt of the same.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: July 16, 2025

_____
Anthony I. Paronich

AFFIDAVIT OF SERVICE
-2-