Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>*Defendant.* | Case No. 2:25-cv-02108-SPL<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT RULE 16 CONFERENCE** |

Plaintiff Sidney Naiman, by and through undersigned counsel, respectfully moves for leave to appear telephonically at the Rule 16 Case Management Conference currently scheduled for October 16, 2025, at 9:30 a.m. before the Honorable Judge Steven P. Logan (ECF No. 17).

In the parties' Joint Rule 26(f) Report (ECF No. 18), filed on September 26, 2025, the parties jointly requested that the Court permit counsel to attend the Rule 16 Conference by telephone. Defendant's counsel has confirmed that he does not oppose this request.

Allowing counsel to appear telephonically will promote efficiency and reduce unnecessary travel expenses without prejudice to any party or the Court and will allow the hearing to go forward as noticed because counsel for the Plaintiff will be traveling to the Eastern District of Virginia for a previously scheduled motion hearing.

Accordingly, Plaintiff respectfully requests that the Court enter the attached Proposed Order granting leave for counsel to appear telephonically at the October 16, 2025 Case Management Conference.

Dated: October 2, 2025

/s/ Anthony Paronich
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

-2-