Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>*Defendant*. | Case No. 2:25-cv-02108-SPL<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT RULE 16 CONFERENCE** |

Upon consideration of Plaintiff's Unopposed Motion to Appear Telephonically at the Rule 16 Case Management Conference, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's counsel may appear telephonically at the Rule 16 Case Management Conference scheduled for October 16, 2025, at 9:30 a.m. before the Honorable Judge Steven P. Logan.

IT IS SO ORDERED.

| | |
|---|---|
| 1 | Dated: _____, 2025 |
| 2 | |
| 3 | |
| 4 | _____ <br> Hon. Steven P. Logan <br> United States District Judge |

-2-