IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Corleone's Philly Steak LLC,<br><br>　　　　　Defendant. | No. CV-25-02108-PHX-SPL<br><br>**ORDER** |

　　　　The parties have filed a Joint Rule 26(f) Case Management Report. (Doc. 18). In the Court's September 12, 2025 Order (Doc. 17), it directed the parties to jointly develop and file with the Clerk of Court: (1) a Joint Rule 26(f) Case Management Report, *and* (2) a Joint Proposed Rule 16 Case Management Order. The Court provided the parties with specific guidelines regarding the manner and content for these filings. The parties' submission fails to include the Proposed Case Management Order. Accordingly,

　　　　**IT IS ORDERED** that the Rule 26(f) Case Management Report (Doc. 18) is **stricken**.

　　　　**IT IS FURTHER ORDERED** that the parties shall jointly file a Joint Rule 26(f) Case Management Report *and* Joint Proposed Rule 16 Case Management Order, in the manner set forth in the Court's September 12, 2025 Order Setting Rule 16 Case Management Conference (Doc. 17), no later than **October 16, 2025**.

　　　　**IT IS FURTHER ORDERED** that the Rule 16 Case Management Conference, presently set for **October 16, 2025** before Honorable Steven P. Logan is **vacated**.

**IT IS FURTHER ORDERED** that the Motion for Leave to Appear Telephonically (Doc. 19) is **denied as moot**.

Dated this 9th day of October, 2025.

Honorable Steven P. Logan
United States District Judge