**Dennis L. Hall (013547)**
Dennis L Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
Email: dennis@dlhall.net
Tel: 602.740.5045

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>    *Defendant.* | Case 2:25-cv-02108-SPL<br><br>MOTION TO WITHDRAW AS COUNSEL<br><br>Assigned to the Honorable Stephen P. Logan |

    Under Local Rule 83.3(b) and Arizona Rule of Professional Conduct 1.16, Dennis L. Hall, counsel for Defendant, moves this Court for an order permitting withdrawal as attorney of record for Defendant Corleone's Philly Steak, LLC.

    Good cause exists under for withdrawal. Continued representation would impose an unreasonable financial burden on counsel. In addition, Defendant is seeking new

counsel with available technical support to better handle this matter. Counsel has notified the client, provided case status and all pending deadlines, and allowed sufficient time to obtain new representation.

This motion complies with all procedural requirements and will not prejudice the client or disrupt judicial proceedings.

## MEMORANDUM

Counsel has represented Defendant since filing its Answer on August 11. The parties have submitted their Joint Scheduling Memorandum, which was entered by the Court on November 6. Plaintiff has served initial discovery, but Defendant has not yet responded. Counsel now seeks withdrawal at this early stage due to financial burden and inability to complete outstanding discovery. Written notice was provided to the client, including case status, deadlines, and the need to retain new counsel or proceed pro se. Client consent status and contact information are included as required. See Ex. A.

*LEGAL STANDARDS*

Withdrawal is governed by Local Rule 83.3(b) and Arizona Rule of Professional Conduct 1.16.

- Rule 1.16(a) requires withdrawal in certain circumstances;

- Rule 1.16(b) permits withdrawal when it can be accomplished without material adverse effect on the client, or when representation imposes an unreasonable financial burden or the client makes representation unreasonably difficult.

Arizona courts recognize that financial burden may constitute good cause for withdrawal. Riley, Hoggatt & Suagee, P.C. v. Riley, 165 Ariz. 138 (App. 1990). The trial court determines whether good cause exists, and a lawyer's professional judgment ordinarily suffices. *State v. Coven*, 236 Ariz. 393 (App. 2015)

Here, the client is unable to meet the initial financial obligations of this litigation and is seeking counsel with specific experience in Telephone Consumer Protection Act matters and the resources to address technical discovery.

Courts balance the orderly administration of justice against the conflict between counsel and client. Relevant factors include timing, inconvenience to witnesses, elapsed time, and whether new counsel would face the same issues. Withdrawal at this early stage will not prejudice the client or disrupt proceedings and will promote efficient case management.

*PROCEDURAL COMPLIANCE*

This motion satisfies all requirements of Local Rule 83.3(b) and the Arizona Rules of Professional Conduct. *See Ex. A.* Counsel has:

- Provided written notice of the intent to withdraw;
- Informed the client of case status, deadlines, and obligations;
- Advised the client of the need to retain new counsel;
- Provided the client's name, address, and telephone number

The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient. *State v. Coven, 236 Ariz. 393 (App. 2015)*. Those professional considerations exist here. At this very early stage of the litigation, there is no inconvenience to witnesses or third parties, and the involvement of more experienced counsel will facilitate the administration discovery and justice here. Very little time has elapsed between the alleged offense and a potential trial.

Additionally, the client has consented to the withdrawal, and this motion has been properly served on all parties as required. *D. Ariz. LRCiv 83.3*.

*CONCLUSION*

Upon withdrawal, counsel will take all reasonable steps to protect the client's interests, including returning the client's file and any property belonging to the client. In re Loftus, Supreme Court No. SB-01-0070-D, 2001 Ariz. LEXIS 50 (Apr. 6, 2001). Counsel will also cooperate with any successor counsel to ensure a smooth transition of the case.

For the foregoing reasons, Dennis L Hall respectfully requests that this Court grant this Motion to Withdraw as Counsel of Record for Corleone's Philly Steak, LLC. A proposed order is submitted with this Motion for the Court's

consideration.

      RESPECTFULLY SUBMITTED this 16th day of December , 2025

                By:   /s/ Dennis L. Hall

                     Dennis L. Hall, Attorney, pllc
                     7412 East Black Rock Road
                     Scottsdale, Arizona 85255
                     dennis@dlhall.net
                     602.740.5045

Exhibit A

Declaration of Gerald Salko

1. I am a member of Corleone's, LLC, the Defendant in Case 2:25-cv-02108-SPL.  I make this Declaration on my own personal knowledge and swear and affirm, under the penalty of law, to it accuracy and truthfulness to the best of my knowledge.

2. Upon Corleone's being served with the Complaint in this matter, I consulted with Dennis Hall, our general source for legal matters.  I understood on consulting Dennis that we would be best served by counsel with substantial experience in and resources for handling a Telephone Consumer Protection Act matter.

3. Dennis has helped us in responding to this matter; but, I understand that we need more experienced counsel.  We are currently seeking new counsel.

4. Dennis has previously provided to me written notice of the intent to withdraw and I have been informed of the case status, deadlines, and our obligations, and I have been advised of the need to retain new counsel.

5. The Defendant's contact information is:

Corleone's Philly Steak, LLC
c/o Gerald Salko
14688 N 100th Place
Scottsdale, Arizona 85260
corleonesgjs@yahoo.com
(602) 697-4151


/s/ Gerald Salko
Member
Corleone's Philly Steak, LLC

CERTIFICATE OF SERVICE

    Dennis L. Hall certifies that, on December 16, 2025, the above Motion to Withdraw as Counsel was filed by through the Federal Courts electronic filing system, and a separate email of the above answer was sent to Plaintiff's attorney,

Anthony I. Paronich, Esq.
anthony@paronichlaw.com.