UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated, | Case 2:25-cv-02108-SPL |
| *Plaintiff,* | [PROPOSED] ORDER GRANTING MOTION TO MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| CORLEONE'S PHILLY STEAK, LLC | Assigned to the Honorable Stephen P. Logan |
| *Defendant.* | |

Pending before the Court is the Motion to Withdraw as Counsel  filed by

Dennis L. Hall, Dennis L. Hall Attorney, pllc, on behalf of Defendant Corleone's

(Doc. ___).

The Court having considered the Motion and the record,

IT IS ORDERED granting the Motion to Withdraw (Doc. ___).

IT IS FURTHER ORDERED that Dennis L Hall and Dennis L. Hall, Attorney, pllc are are terminated as counsel of record for Defendant Corleone's Philly Steak, LLC in this matter.

IT IS FURTHER ORDERED that because Defendant is an LLC it may not appear without counsel. Defendant must have  substitute counsel file a notice of appearance no later than [DATE /31 days from this Order].

_____
The Honorable Stephen P. Logan
United States District Judge