Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>*Defendant*. | Case No. 2:25-cv-02108-SPL<br><br>**[PROPOSED] ORDER ON JOINT MOTION FOR DISCOVERY DISPUTE RESOLUTION (PURSUANT TO ECF NO. 25 AND LRCIV 7.2(J))** |

Before the Court is the Parties' Joint Motion for Discovery Dispute Resolution filed pursuant to the Court's Order (Doc. 25) and LRCiv 7.2(j). Having considered the Parties' positions and for good cause shown,

IT IS ORDERED that the Joint Motion is GRANTED as follows:

1. Defendant shall serve full written responses to Plaintiff's September 22, 2025 written discovery requests within 14 days of the date of this Order.

2. Defendant may not assert objections to Plaintiff's September 22, 2025 written discovery requests, except objections based on privilege.

3. To the extent Defendant asserts privilege, Defendant shall provide a privilege log compliant with Rule 26(b)(5) of the Federal Rules of Civil Procedure and applicable Ninth Circuit authority, within the same 14-day period.

**DATED:** _____, 2026

/s/ _____
Hon. Steven P. Logan
United States District Judge

-1-