IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sidney Naiman,<br><br>             Plaintiff,<br><br>vs.<br><br>Corleone's Philly Steak LLC,<br><br>             Defendant. | No. CV-25-02108-PHX-SPL<br><br>**ORDER** |

      Before the Court is the parties' Joint Motion for Discovery Dispute Resolution (Doc. 26). The dispute arises from Defendant's failure to respond to Plaintiff's written discovery requests. (*Id.* at 2). Plaintiff argues Defendant's failure to respond materially prejudices her case and asks the Court to order Defendant to serve full responses without objections, other than those as to privilege. (*Id.* at 2–3). Defendant acknowledges its failure to respond, noting it does not have administrative staff to help with such matters. (*Id.* at 3–4). Defendant also contends its failure is, in part, attributable to its third-party vendor's failure to provide Plaintiff with information about the database and software for Defendant's texting services. (*Id.* at 4). The third-party vender has since agreed to provide the necessary information. (*Id.*). Defendant anticipates it will have complete responses to Plaintiff's discovery requests on or before January 15. (*Id.*). The Court will therefore grant the motion to the extent that Defendant is instructed to serve full written responses by the deadline provided in this Order.

///

Accordingly,

**IT IS ORDERED** that the Motion for Discovery Dispute Resolution (Doc. 26) is **granted** to the extent that Defendant shall respond to Plaintiff's written discovery requests (Doc. 26-1) no later than **January 30, 2026**.

Dated this 16th day of January, 2026.

Honorable Steven P. Logan
United States District Judge

2