IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Corleone's Philly Steak LLC,<br><br>　　　　　Defendant. | No. CV-25-02108-PHX-SPL<br><br>**ORDER** |

  Before the Court is Defendant's Motion to Withdraw as Counsel. (Doc. 23). The motion will be granted.

  Corleone's Philly Steak LLC, as an entity, however, cannot appear *pro se* in this matter. *See In re Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney."); *Calzada-Zubiria v. Empyrean W. LLC*, No. CV-14-02106-PHX-DJH, 2014 WL 12672636, at *1 (Dec. 16, 2014) ("[T]he Court is compelled to clarify that LLCs, in contrast to individuals, may not appear *pro se*."). Defendant Corleone's Philly Steak LLC is therefore advised that the Court will not permit it to file any document or appear in any proceeding in this action through any managing member or other non-attorney, and that if it does not obtain new counsel licensed to practice before this Court it may be subject to having default and default judgment entered against it. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Counsel (Doc. 23) is **granted**. Attorney Dennis L. Hall is withdrawn as counsel for Defendant in this action.

**IT IS FURTHER ORDERED** that Defendant Corleone's Philly Steak LLC shall retain legal counsel who shall file a notice of appearance by **March 5, 2026**.

**IT IS FURTHER ORDERED** that Dennis L. Hall shall serve a copy of this Order on Defendant and file proof of service with the Clerk of Court no later than **February 6, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall amend the docket (per Doc. 23) to reflect Defendant's contact information as provided by Counsel.

**IT IS FURTHER ORDERED** that if counsel fails to appear by **March 5, 2026**, Plaintiff may file an Application for Default.

Dated this 3rd day of February, 2026.

Honorable Steven P. Logan
United States District Judge