☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

FEB 13 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Corleone's Philly Steak LLC
c/o Gerald Salko
14688 N 100th Place
Scottsdale, AZ 85260

(Doc 29)

---

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
5 FEB 2026 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
02/05/2026 ZIP 85003
043M31237949
US POSTAGE

RECEIVED
FEB 13 2026
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850    FE 1    0002/10/26
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 85003213099    *2014-04627-05-39