IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sidney Naiman, ) | No.  CV-25-02108-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Corleone's Philly Steak LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 4, 2026, the Court granted Defendant's Motion to Withdraw as Counsel (Doc. 29). The Order required Counsel to "shall serve a copy of this Order on Defendant and file proof of service with the Clerk of Court no later than February 6, 2026." (Doc. 29 at 2). No such proof of service has been filed. There being no compliance with the Court's order,

**IT IS ORDERED** that Defendant's former counsel, Dennis L. Hall, shall serve a copy of the Court's February 4, 2026 Order (Doc. 29) on Defendant and file proof of service with the Clerk of Court no later than **April 24, 2026**.

///

///

///

///

///

///

**IT IS FURTHER ORDERED** that if Counsel fails to file proof of service, an Order to Show Cause will issue.

Dated this 6th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

cc: Dennis L. Hall