**Dennis L. Hall (013547)**
Dennis L Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
Email: dennis@dlhall.net
Tel: 602.740.5045

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>          Defendant. | Case No. 2:25-cv-02108-SPL<br><br>**NOTICE OF SERVICE**<br>**OF COURT'S FEBRUARY 4, 2026**<br>**ORDER ON PLAINTIFF**<br><br>Assigned to the Honorable Stephen Logan |

Please take notice that on April 9, 2026 Defendant, through its attorney, Dennis L Hall, served this Court's February 4, 2026 Order granting Defendant's counsel's Motion to Withdraw on Plaintiff's Attorneys, Anthony Paronich, Paronich Law, P.C., 350 Lincoln Street, Suite 2400, Hingham, MA 02043 by email to:

Anthony Paronich anthony@paronichlaw.com

//Dennis L. Hall//