Dennis L. Hall (013547)
Dennis L Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
Email: dennis@dlhall.net
Tel: 602.740.5045

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| SIDNEY NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CORLEONE'S PHILLY STEAK, LLC<br><br>Defendant. | Case No. 2:25-cv-02108-SPL<br><br>**STIPULATION FOR DISMISSAL,<br>WITHOUT PREJUDICE**<br><br>Assigned to the Honorable Stephen Logan |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sidney Naiman and Defendant Corleone's Philly Steak LLC, by and through their respective counsel of record,  stipulate and agree that all claims asserted by Plaintiff in the above-captioned action are to be DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

This stipulation is entered into voluntarily by both parties.

No trial date has been set in this matter, and no counterclaims are pending.

Executed this 10th day of April, 2026

Corleone's Philly Steak, LLC                Sidney Naimen

   By:    */s/ Dennis L. Hall*                By: *Anthony Paronich*

Dennis L. Hall, Attorney, pllc          Paronich Law, P.C.
7412 East Black Rock Road              350 Lincoln Street, Suite 2400
Scottsdale, Arizona 85255              Hingham, MA 02043
dennis@dlhall.net                      anthony@paronichlaw.com
602.740.5045                           (617) 485-0018