Dennis L. Hall (013547)
Dennis L Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
Email: dennis@dlhall.net
Tel: 602.740.5045

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

SIDNEY NAIMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CORLEONE'S PHILLY STEAK, LLC

Defendant.

Case No. 2:25-cv-02108-SPL

**NOTICE OF SETTLEMENT**

Assigned to the Honorable Stephen Logan

## NOTICE OF SETTLEMENT

Pursuant to **LRCiv 40.2(d),** "Duty to Inform Regarding Settlement or Voluntary Resolution" Plaintiff's counsel is notifying the Court that this case has settled or is otherwise resolved so the Court can remove the case from its trial calendar and vacate pending deadlines.

Defendant Corleone's Philly Steak LLC hereby notifies the Court that the parties have reached a settlement in principle resolving all claims in the above-captioned matter.  The parties are in the process of finalizing the written settlement

agreement and anticipate filing a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 15 days of the date of this Notice.

In light of the settlement, the parties respectfully request that the Court vacate all currently scheduled deadlines and hearings pending the filing of the dismissal documents. The parties will promptly notify the Court if the settlement is not consummated.

Respectfully submitted,

Executed this 10th day of April, 2026

Corleone's Philly Steak, LLC

By:    /s/ Dennis L. Hall

Dennis L. Hall, Attorney, pllc
7412 East Black Rock Road
Scottsdale, Arizona 85255
dennis@dlhall.net
602.740.5045

CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026 a copy of the foregoing was served on the Plaintiff's  attorneys by email.

Anthony Paronich anthony@paronichlaw.com

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043