IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sidney Naiman, ) | No.  CV-25-02108-PHX-SPL |
| ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Corleone's Philly Steak LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is the parties' Stipulation for Dismissal (Doc. 33). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1.     That the Stipulation for Dismissal (Doc. 33) is **granted**;

2.     That this action is **dismissed without prejudice** in its entirety;

3.     That each party shall bear its own costs and attorneys' fees; and

4.     That the Clerk of Court shall **terminate** this action.

Dated this 13th day of April, 2026.

Honorable Steven P. Logan
United States District Judge