Case: 2:25-cv-02108-SPL

> ✓ FILED    ___ LODGED
> ___ RECEIVED    ___ COPY
>
> APR 2 7 2026
>
> CLERK U S DISTRICT COURT
> DISTRICT OF ARIZONA
> BY _____ DEPUTY

Corleone's Philly Steak LLC
c/o Gerald Salko
14688 N 100th Place
Scottsdale, AZ 85260

(Doc 35)

--------------------------------

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

**OFFICIAL BUSINESS**

PHOENIX AZ 852
PHOENIX AZ 852
14 APR 2026 PM 5 L
14 APR 2026 PM 5 L

RECEIVED

APR 2 7 2026

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    858    7E 1

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 85003213099    *1914-01865-14-40